6 So.2d 454

## DUNCAN v. STATE.
### 4 Div. 246.

Supreme Court of Alabama.

Feb. 19, 1942.

Thos. S. Lawson, Atty. Gen., and L. L. Mooneyham, Asst. Atty. Gen., for petitioner.

W. R. Belcher, of Phenix City, opposed.

GARDNER, Chief Justice.

Petition for certiorari in this case was not filed within the prescribed time (Supreme Court Rule 44) and defendant's motion to dismiss based upon this ground is due to be sustained. It is so ordered.

Petition dismissed.

THOMAS, BROWN, and FOSTER, JJ., concur.